11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Joyce Lynn Clark

Appellant

Vs.                   No.
11-01-00387-CV B
Appeal from Brown County

Mickey Clark

Appellee

 

Appellant
filed a notice of appeal but failed to pay the required filing fee.  On December 13, 2001, this court ordered
appellant to pay the $125 filing fee on or before January 11, 2002, and
informed appellant that failure to do so could result in the dismissal of the
appeal.  Appellant has not responded to
the order.

The
appeal is dismissed.  TEX.R.APP.P.
42.3(c).

 

PER CURIAM

 

January 17, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.